BORDWELL, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by George Bordwell against the Buffalo, Lockport & Rochester Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re BOROUGH OF QUEENS IN CITY OF NEW YORK. In re SCHIN. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) In the matter of acquiring title by the City of New York to certain lands and premises in the Borough of Queens, etc., for bridge purposes, etc. In the matter of the application of Martha Schin, as administratrix, etc. No opinion. Motion granted, and order of reference to John A. Warren, Esq., to take proof and report to this court, together with his opinion.

BOSSERT, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by Alice L. Bossert, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BOWMAN, Appellant, v. SEAMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Charles E. Bowman against Alfred P. W. Seaman and others. No opinion. Motions for reargument (of 137 N. Y. Supp. 568) and for leave to appeal to the Court of Appeals denied, with $10 costs.

BRANAUGH, Respondent, v. HILL et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Henry Branaugh, as administrator, etc., of Thomas Branaugh, deceased, against Emory A. Hill and others.

PER CURIAM. Order appealed from modified, by inserting a provision therein giving leave to the defendant to re-serve the bill of particulars already served as to the matters contained in the sixth paragraph of defendant's answer, or to serve a new bill of particulars thereof, either of which he may do within 20 days, upon payment of $10 costs, and further modified by adding a provision that as to the bill of particulars relative to dates and of what the payments consisted, whether money, merchandise, services, or otherwise, the defendant should give the same as near as possible, and further modified by striking out the provision precluding testimony, and, as so modified, the order is affirmed, without costs of appeal.

BRENEN, Appellant, v. BRENEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Edward W. Brenen against Catherine Brenen, as committee, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

BRIERS v. S. LIEBMANN'S SONS BREWING CO. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Elizabeth R. Briers against S. Liebmann's Sons Brewing Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

BROOKLYN, Q. C. & S. R. CO., Appellant, v. BIRD, Respondent, et al. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by the Brooklyn, Queens County & Suburban Railroad Company against Maria A. Bird and the City of New York. No opinion. Judgment (76 Misc. Rep. 62, 134 N. Y. Supp. 1) affirmed, with costs.

BROWER, Respondent, v. BYRNE, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Robert B. Brower against Cornelius E. Byrne. No opinion. Motion to resettle order granted, without costs. See, also, 151 App. Div. 543, 136 N. Y. Supp. 77.

BROWN, Appellant, v. GEORGE I. ROBERTS & BROS., Inc., Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Caroline H. Brown against George I. Roberts & Bros., Incorporated.

PER CURIAM. Judgment affirmed, with costs.

RICH, J., not voting.

BROWN, Appellant, v. GEORGE I. ROBERTS & BROS., Inc., Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Caroline H. Brown against George I. Roberts & Bros., Incorporated. No opinion. Motion for reargument (of 137 N. Y. Supp. 1112) granted, and case set down for Tuesday, November 19, 1912.

BRUNN v. KEAN. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Adolph Brunn against George Kean. No opinion. Motion granted, with $10 costs. Order filed.

BUCKINGHAM, Respondent, v. CLIFTON SPRINGS SANITARIUM CO., Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Hannah D. Buckingham against the Clifton Springs Sanitarium Company. J. S. Sheppard, Jr., of Chattanooga, Tenn., for appellant. L. H. Rogers, Jr., of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10, except as to names and residences of physicians specified in ninth paragraph of demand. Order filed.

In re BULGER. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) In the matter of the application of

Charles N. Bulger to review certain primary election proceedings.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SPRING, J., not sitting.

BUNGE, Appellant, v. ROSENBLATT et al., Respondents. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Ernst Bunge against Sigmund H. Rosenblatt and others. G. W. Bristol, of New York City, for appellant. A. I. Elkus, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BUNT, Appellant, v. O'BRIEN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by James T. Bunt, as trustee, against Catherine O'Brien and others. J. E. Duross, of New York City, for appellant. L. O. Van Doren, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

BURKAM, Respondent, v. BURKAM, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Jacob Burkam against Celia Burkam. No opinion. Final judgment and order unanimously affirmed, without costs.

BURKE, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Daniel F. Burke against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BURTON. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) In the matter of the assignment of Isabella M. Burton to Theodore Henry, assignee for the benefit of creditors.

PER CURIAM. Motion to dismiss appeal denied, without costs. Motion for leave to print creditors' agreement as an appendix to respondent's points denied, but leave is granted to submit the creditors' agreement as a part of the record upon the argument. Order of the County Court of Westchester County reversed, without costs, upon the ground that, until the hearing and determination of the objections to the account of the assignee in the Burton Bros. & Co., estate, it is premature.

BUSCH v. WELLS. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Joseph B. Busch against James L. Wells. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BUTLER et al., Respondents, v. STANDARD MILK FLOUR CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Marvin P. Butler and others against the Standard Milk Flour Company. C. D. Brower, of New York City, for appellant. W. C. Prime, of New York City, for respondents. No opinion. Orders affirmed, without costs. Orders filed. See, also, 146 App. Div. 955, 131 N. Y. Supp. 1106.

CACCIOPPOLI, Appellant, v. LEMMO, Respondent, et al. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Francesco Caccioppoli against Lorenzo Lemmo and others. No opinion. Motion granted. See, also, 137 N. Y. Supp. 643.

CALKINS, Respondent, v. TOWN OF CAMDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Charles W. Calkins, as administrator, etc., against the Town of Camden.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the evidence fails to establish actionable negligence on the part of the defendant.

CALLAHAN, Respondent, v. MATUS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Michael J. Callahan against Michael Matus and others. No opinion. Judgment affirmed, with costs. See, also, 136 N. Y. Supp. 1132.

CAMPBELL, Respondent, v. STAR CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Edward Campbell against the Star Company and Henry Schultz. No opinion. Order affirmed, with $10 costs and disbursements.

CANTWELL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Lillian Cantwell against the City of New York. No opinion. Judgment (75 Misc. Rep. 335, 135 N. Y. Supp. 285) affirmed, with costs, on the opinion of Mr. Justice Benedict at Trial Term.

CAPPOLA, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Louis Cappola, an infant, against the Interborough Rapid Transit Company. C. I. Engel, of New York City, for appellant. W. H. Wood, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARDELLO, Appellant, v. BROOKLYN UNION ELEVATED R. CO., Respondent (two cases). (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Nunziata Cardello against the Brooklyn Union Elevated Railroad Company. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.